889 A.2d 90 (2005)
IN RE RECANVASS OF CERTAIN VOTING MACHINES AND ABSENTEE BALLOTS FOR DEMOCRATIC PRIMARY ELECTION FOR CANDIDATES FOR COUNCIL FOR CITY OF MONESSEN
IN RE WESTMORELAND COUNTY
IN RE EVANCHO
IN RE ELECTION OF DEMOCRATIC NOMINEES FOR CITY COUNCILMAN FOR CITY OF MONESSEN
No. 548, 549 WAL 887 (2005).
Supreme Court of Pennsylvania.
October 25, 2005.
Disposition of petition for allowance of appeal. Denied.